FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 JUL -2 AM 9: 29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

RICHARD E. CURRIE, District Attorney, and THE STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV507-022

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's determination that Plaintiff's complaint should be dismissed. Plaintiff filed his objections to the Magistrate Judge's Report and Recommendation, wherein he largely reasserts the factual contentions of his complaint. (Doc. No. 6).[1]

Plaintiff's contentions are without merit. Because his claim challenges the indictment upon which his criminal conviction was based, it is not the proper subject of a suit under 42 U.S.C. § 1983. Defendant may not collaterally attack his conviction through the vehicle of a civil suit. Instead, a habeas action is the proper method to obtain such post-conviction relief. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is hereby

---

[1] Plaintiff references Case Numbers 2:07cv022, 5:07cv218, and 5:07cv026 in the style of his objections. Case Number 2:07cv022 is the former file number of this case before it was transferred from the Brunswick Division to the Waycross Division of this Court. (2:07cv022, Doc. No. 2). Case Number 5:07cv026 was closed on May 14, 2007. (5:07cv026, Doc. No. 12). Case Number 5:07cv218 does not exist in this Court.

AO 72A
(Rev. 8/82)

**DISMISSED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2ND day of July, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA